UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALEJANDRO ANTONIO CONRADO, | ) | NO. ED CV 23-233-DSF(E) |
| Plaintiff, | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS, |
| JOHN MERCHANT, Warden, | ) | CONCLUSIONS AND RECOMMENDATIONS |
| Defendant. | ) | OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge.

IT IS ORDERED that Judgment shall be entered dismissing the action without prejudice.

IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of this Order and the Judgment of this date on Plaintiff.

DATED: May 30, 2023.

/s/ Dale S. Fischer
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE