JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALEJANDRO ANTONIO CONRADO, | ) | NO. ED CV 23-233-DSF(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| JOHN MERCHANT, Warden, | ) | |
| Defendant. | ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: May 30, 2023.

/s/ Dale S. Fischer
───────────────────────────
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE